**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America,<br><br>         Plaintiff,<br><br>vs.<br><br>Clifford Evans Ray, Jr.,<br><br>         Defendant. | CR-10-1364-PHX-SRB<br><br>**DETENTION ORDER** |

A detention hearing and a preliminary revocation hearing on the Petition on Supervised Release Petition were held on December 14, 2011..

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is noT a danger to the community. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1     **IT IS ORDERED** that the Defendant shall be detained pending further order of the

2     court.

3          DATED this 14th day of December, 2011.

4

5

6                                    Lawrence O. Anderson
                                     United States Magistrate Judge